DAYLE ELIESON
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
MICHAEL K. MARRIOTT, CSBN 280890
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8985
    Facsimile: (415) 744-0134
    E-Mail: Michael.Marriott@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

RENO DIVISION

| | |
|---|---|
| DARRELL L HENDERSON,<br><br>Plaintiff<br><br>v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>Defendant. | Case No: 3:18-cv-00050-MMD-VPC<br><br>STIPULATION FOR EXTENSION OF TIME TO FILE DEFENDANT'S CROSS MOTION TO AFFIRM<br><br>(First Request) |

    Defendant Nancy A. Berryhill, Acting Commissioner of Social Security, hereby requests an extension of time of thirty days from July 5, 2018 to August 6, 2018, to prepare and file her cross motion to affirm. This is the Commissioner's first request for an extension.

    Defendant respectfully requests this extension of time because he has an extremely heavy workload, especially as a result of a lengthy seventeen day vacation to Taiwan.

On July 5, 2018, Plaintiff's counsel informed Defendant by email that he had no objection to this extension.

Respectfully submitted,

Date: July 5, 2018

THE METSKER LAW FIRM

By: /s/* John David Metsker
JOHN DAVID METSKER
*authorized by email July 5, 2018

Attorneys for Plaintiff

Date: July 5, 2018

DAYLE ELIESON
United States Attorney

By: /s/ Michael K. Marriott
MICHAEL K. MARRIOTT
Assistant Regional Counsel

Attorneys for Defendant

Of Counsel
Jeffrey Chen
Assistant Regional Counsel
Social Security Administration

IT IS SO ORDERED.

DATE: 7/11/18

HONORABLE VALERIE P. COOKE
United States Magistrate Judge

# CERTIFICATE OF SERVICE

I, Michael K. Marriott, hereby certify that I caused a copy of Stipulation for Extension of Time to File Defendant's Cross Motion to Affirm to be served, via CM/ECF notification, on:

> John David Metsker
> The Metsker Law Firm
> P.O. Box 590881
> San Francisco, CA 94159
>
> Michael C. Mills
> Bauman Loewe Witt & Maxwell, PLLC
> 3650 N. Rancho Dr. Ste. 114
> Las Vegas, NV 89130

Date: July 5, 2018

DAYLE ELIESON
United States Attorney

By: /s/ *Michael K. Marriott*
MICHAEL K. MARRIOTT
Assistant Regional Counsel

Attorneys for Defendant